# **EXHIBIT A**



APPLY FOR A NEW LOAN      MY ACCOUNT ███970      **WELCOME JEFFREY** LOGOUT

**MY LOANS**     **MAKE PAYMENT**     **CHANGE PAYMENT**     **CUSTOMER SUPPORT**

Loan Summary > Loan number ███0743

# Loan details

### Loan information

**Loan number:** ███0743
**Original balance:** $30,000.00
**Loan balance:** $19,716.49

**Disbursement date:** 08/20/2008

| | |
|---|---|
| **Lender:** | SLM EDUCATION CREDIT FINANCE CORP |
| **Guarantor:** | N/A |
| **Program:** | K-12 Family Education Loan |

### Outstanding principal

| | |
|---|---|
| **Principal balance:** | $15,589.55 |
| **Interest rate:** | 9.75% |
| **Interest rate type:** | Variable Unsubsidized |
| **First payment due date:** | 09/08/2008 |
| **Loan status:** | Repayment |

### View your...
- Loan payment history
- Loan/Borrower Benefits

### Payment information

| | |
|---|---|
| Monthly payment amount: | $124.97 |
| Accrued borrower interest: | $4,126.94 |
| Next payment due: | 08/20/2014 |
| Last payment received: | 06/12/2013 |
| Current payment method: | Standard Billing |
| Current payment plan: | Full Principal and Interest |

### Past due

| | |
|---|---|
| **Past due amount:** | $19,508.21 |
| **Number of missed payments:** | 19 |
| **Late fee(s):** | N/A |
| **Other charges:** | N/A |

### Loan Advisor

Go green! Take full advantage of email notifications and update your preferences today!

### Did you know?

Sallie Mae offers a student loan with competitive rates, flexible repayment options, and no deadlines or federal forms!

Learn more now!



Feedback H

© 1995 - 2014 Sallie Mae, Inc. All rights reserved.   Our trademarks | Terms of use | Protecting your privacy | Avoid online fraud |
SLM Corporation and its subsidiaries are not sponsored by or agencies of the United States of America.

# **EXHIBIT B**

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Connecticut
Case No. 11−51902
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey S. Namm
   P.O. Box 606
   Kent, CT 06757

Social Security / Individual Taxpayer ID No.:
   xxx−xx−1686

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                        BY THE COURT

Dated: 12/28/11                         Alan H.W. Shiff
                                        United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# **EXHIBIT C**

JEFFREY NAMM
Report As Of: 9/3/2015



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

**STUDENT LOAN MKT ASSN**

Potentially Negative Closed

8002330557
PO BOX 61047
HARRISBURG, PA 17106

| | |
|---|---|
| Account Name | STUDENT LOAN MKT ASSN |
| Account # | 99LA0XXXX |
| Account Type | Student Loans |
| Balance | $0.00 |
| Past Due | $0.00 |
| Date Opened | 8/1/2008 |
| Account Status | Closed |
| Mo. Payment | $0.00 |
| Payment Status | Debt included in or discharged through Bankruptcy Chapter 7, 11, or 12 |
| High Balance | $0.00 |
| Limit | $0.00 |
| Terms | 143 Months |
| Comments | |

JEFFREY NAMM
Report As Of: 9/3/2015



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

### NAVIENT

Potentially Negative Closed

8882725543
PO BOX 9655
WILKES BARRE, PA 18773

| | |
|---|---|
| Account Name | NAVIENT |
| Account # | 30301XXXX |
| Account Type | Student Loans |
| Balance | $21,282.00 |
| Past Due | $21,153.00 |
| Date Opened | 8/1/2008 |
| Account Status | Closed |
| Mo. Payment | $0.00 |
| Payment Status | Charge-off |
| High Balance | $0.00 |
| Limit | $0.00 |
| Terms | 60 Months |
| Comments | |

#### 24/Mo Payment History

| Month | 2013 | | | | 2014 | | | | | | | | | | | | 2015 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG |
| Experian | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

# EXHIBIT D

PO Box 1115
Charlotte, NC 28201-1115

3

Let us **help** you get **back on track.**



FMS Services
PO Box 681426
Schaumburg, IL 60168

JEFFREY NAMM
PO BOX 606
KENT, CT 06757-0606

| Account No: | Reference No: | Amount Due: |
|---|---|---|
| 0970 | 6662 | $20,290.63 |

January 01, 2015          ✂ Detach Upper Portion And Return With Payment ✂

> Customer Name: Jeffrey Namm
> Original Creditor Account Number: 0970
> Original Creditor Name: NAVIENT
> Internal FMS Reference Number: 05662
> Primary Balance: $15,589.55
> Accrued Interest: $4,701.08
> Other Charges: $.00
> Collection Cost: $.00
> Total Account Balance: $20,290.63

This notice regarding your charged off student loan held by Navient is from FMS Services. Navient has placed your account with FMS for resolution..

**SPECIAL SETTLEMENT OFFER**
This letter is to inform you that Navient has authorized FMS to accept $12,174.38 as full and final settlement of your delinquent account referenced above. In order for this settlement agreement to be valid, this amount must be received in our office no later than fifteen (15) calendar days of the date of this notice (which is referenced above). It may be possible to extend the deadline under certain circumstances. The offer above is guaranteed through the above referenced date. After that time, we reserve the right to modify or revoke the offer. This offer is void if previous settlement arrangements have been made.

FMS is focused on providing best-in-class customer satisfaction. Please contact one of our trained collection specialists today to discuss the compromise settlement program. If you are unable to settle this account at this time, please ask your representative about other available options to repay your account.

To properly credit your account, please make payments payable to Navient and include both the Internal Reference Number shown above and your contact telephone number on the payment. All payments sent via mail or overnight courier must be in the form of a cashier's check or money order. **Please do not send cash.** You may also pay with a credit or debit card, check by phone, or Western Union by calling us directly at the toll free number provided below.

Should you choose not to accept this offer, your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in the agreement with the original creditor or as otherwise provided by federal and /or state law.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

FMS Services
PO Box 681426
Schaumburg, IL 60168

**FOR ALL COMMUNICATIONS:**
Toll Free number: 866-296-7954
Toll Free facsimile: 800-889-3002
**Hours of Operation:**
8AM to 9PM CST Monday — Thursday
8AM to 5PM CST Friday
8AM to 12PM CST Saturday

CUSTOMER FEEDBACK - To provide feedback on our services, please send an e-mail to: CustomerComments@fmsdc.com or call toll free at 866-430-9331

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

15FMSS5-479573 00000032
Page 1 of 1

P.O. Box 1997
Southgate, MI 48195-0997

**Central Credit Services LLC**
Formerly Integrity Solution Services, Inc.

20 Corporate Hills Dr. ● Saint Charles, MO 63301-3749
Toll Free: 866-947-6802

Hours of Operation: Mon through Thu: 8am to 9pm CT
Fri/Sat: 8am to 5pm CT  Sun: 8am to 12pm CT

June 19, 2015

Jeffrey Namm
PO Box 606
Kent, CT 06757-0606

Account Information
Creditor: Navient Solutions, Inc., a spin-off of Sallie Mae
Account #: ████████0970
Central Credit #: ████1245
Balance Due: $20,944.50

Dear Jeffrey Namm:

Our office has been contracted by Navient Solutions, Inc., a spin-off of Sallie Mae to collect on an overdue account. This letter is an attempt to collect a debt, and any information will be used for that purpose. This communication is from a debt collector. Calls to or from this company may be monitored and recorded for quality assurance.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

---

Please Cut Along Dotted Line and Return with Payment

IF YOU WISH TO PAY BY CREDIT CARD FILL IN THE INFORMATION BELOW

Check One:  ☐ VISA   ☐ MasterCard

Card Number: _____

Expiration Date ___/___   CCV#: (Last 3 digits on back of card) _____

Signature: _____

Central Credit Services LLC
PO Box 1870
St Charles, MO 63302

Hours of Operation: Mon through Thu: 8am to 9pm CT   Fri: 8am to 5pm CT   Saturday: 8am to 12pm CT

P.O. Box 1259, Dept. #119195
Oaks, PA 19456

**Return Mail Only - No Correspondence or Payments**

**CENTRAL CREDIT SERVICES LLC**
P.O. BOX 15118
JACKSONVILLE, FL 32239-5118
(866) 702-5119
MONDAY-THURSDAY 8AM-9PM, AND FRIDAY 8AM-5PM
EASTERN STANDARD TIME

JEFFREY NAMM
PO BOX 606
KENT CT 06757-0606

Central Credit #: ▇2007
August 31, 2015

**Current Creditor:** NAVIENT SOLUTIONS, INC., A SPIN-OFF OF SALLIE MAE
**Account:** ▇▇▇▇0970-101
**Balance:** $21,298.47

This claim has been sent to us for collection. If you are unable to remit the balance of your account, we kindly ask that you contact our office so we can assist you in the repayment of your account. As of the date of this letter, you owe the amount stated above. Because of interest that may vary from day to day, the amount due on the day you pay may be greater. If you pay the amount stated above, an adjustment may be necessary after we receive your payment. In that event, we will notify you of any adjustment in your balance. We encourage you to call the telephone number provided above prior to making a payment intended to pay your account in full. The preceding information does not affect your rights set forth below.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

Central Credit Services

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained shall be used for that purpose. Calls to or from this company may be monitored or recorded for quality assurance.

**FAMS**

FINANCIAL ASSET MANAGEMENT SYSTEMS INC
PO BOX 451409 • ATLANTA, GA 31145-9409
866-271-2049
Hours: Mon-Thurs 8am to 9pm • Friday 8am to 7pm
Select Sat 8am to 12pm • Sun Closed (All times EST)

Pay Online by Visiting
**https://pc.famspayonline.net**

10/04/15

Dear JEFFREY NAMM:

Your defaulted private credit student loan(s) has/have been placed with Financial Asset Management Systems, Inc. (FAMS) for the purpose of securing payment of this debt. The holder of your loan, NAVIENT indicates that your loan has defaulted and demands your attention. To ensure you receive proper credit, please include your Account ID number: ▮▮▮▮▮▮▮809 on your remittance. For your convenience you can arrange to have your payment automatically debited from your bank account through Automated Clearing House (ACH) methods or make a payment using credit card or debit card at **https://pc.famspayonline.net** or by calling our office. If you prefer to mail your payment, please make your check or money order payable to: Financial Asset Management Systems, Inc.

| | | | |
|---|---|---|---|
| FAMS ID NUMBER: | ▮▮▮▮▮▮0809 | PRINCIPAL BALANCE: | $15,589.55 |
| INTEREST: | $5,854.67 | PENALTY CHARGES: | $.00 |
| FEES & COSTS: | $.00 | TOTAL BALANCE: | $21,444.22 |

Unless you notify this office within 30 days after your receipt of this notice that you dispute the validity of this debt or any portion of this debt, this office will assume this debt to be valid. If you notify this office in writing within 30 days after your receipt of this notice that the validity of this debt or any portion of this debt is disputed, this office will obtain verification of the debt or a copy of a judgment against you and mail a copy of the verification or judgment to you. If you request in writing within 30 days after your receipt of this notice this office will provide you with the name and address of the original creditor if different from the current creditor.

You may also make payments by calling toll-free 1-866-271-2049, scanning the Quick Response Code below, or by accessing the following website: **https://pc.famspayonline.net**. You will need your 13-digit FAMS ID number ▮▮▮▮▮▮0809, plus your 5-digit zip code, to complete the payment transaction. When you choose to make a payment via this method and you enter your 13-digit FAMS ID number 0010315610809 when prompted, you are authorizing FAMS to debit your bank account via Automated Clearing House (ACH) methods for the amount you authorize.

Sincerely yours,

M. Dobratz, Director of Operations
866-271-2049

Calls to and from FAMS may be monitored and/or recorded.
This communication is from a debt collector. This is an attempt to collect a debt.
Any information obtained will be used for that purpose.

29CDFAMS0601PVC
804686459

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION**



---

PO Box 1730
St. Charles, MO 63302

ADDRESS SERVICE REQUESTED

| ACCOUNT NO. | PRINCIPAL BAL. | INTEREST |
|---|---|---|
| ▮▮▮▮0809 | $15,589.55 | $5,854.67 |
| PENALTY CHARGES | FEES & COST | TOTAL BALANCE |
| $.00 | $.00 | $21,444.22 |
| 10/04/15 | AMOUNT PAID: | |

Pay Online by Visiting **https://pc.famspayonline.net**

   

SEND PAYMENT TO:

**RETURN THIS PORTION WITH YOUR PAYMENT**

JEFFREY NAMM
PO Box 606
Kent CT 06757-0606

FAMS
PO BOX 451409
ATLANTA GA 31145-9409