UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY NAMM, | ) | CASE NO: 15-cv-001587-JAM |
| Plaintiff, | ) | |
| v. | ) | |
| FMS INVESTMENT CORP. d/b/a FMS SERVICES, CENTRAL CREDIT SERVICES, LLC, and NAVIENT SOLUTIONS, INC., | ) | |
| Defendants. | ) | |

**STIPULATED JOINT MOTION TO CONTINUE STAY OF PROCEEDINGS**

The parties have recently reached a settlement in principle. On November 23, 2016, the parties filed a joint motion for the Bankruptcy Court to approve this settlement. The hearing on this motion is currently set for January 3, 2016.  As a result, the parties hereby stipulate and jointly move this Court to continue the stay of all activity in this case (including without limitation all deadlines, discovery, briefing, hearings, decisions, and entry of orders) that was entered by the Court on August 16, 2016 for an additional sixty (60) days from the date of the order granting this motion to allow for approval and completion of this settlement.

/ / /

Dated this November 29, 2016

        Respectfully submitted,
                  /s/

        <u>Joshua B. Kons</u>
        Joshua B. Kons, Esq.
        Law Offices of Joshua B. Kons, LLC
        50 Albany Turnpike, Suite 4024
        Canton, CT 06019
        Telephone: (860) 920-5181
        Email: joshuakons@konslaw.com
        *Attorney for Plaintiff*

        <u>/s/ Aaron R. Easley</u>
        Aaron R. Easley, Esq.
        Sessions, Fishman, Nathan & Israel, L.L.C.
        3 Cross Creek Drive
        Flemington, New Jersey 08822-4938
        Telephone: (908) 237-1660
        Email:  aeasley@sessions-law.biz
        *Attorney for Defendants FMS Investment*
        *Corp. d/b/a FMS Services, Central Credit*
        *Services, LLC, and Navient Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 29th day of November 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joshua B. Kons
Attorney for Plaintiff